# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                          Case No. 14–30346
                                                  Chapter 13

Sondra Rogers

        Debtor

## NOTICE OF FILING FEES DUE

A review of the Court's financial records disclosed that there is an outstanding filing fee of $131.00 due for the above referenced bankruptcy case filed by you on February 12, 2014. Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

Please remit the outstanding balance by way of a money order or cashier check. **We do not accept cash.** The case number should be referenced on the payment. The payee on the money order or cashier check is: *Clerk, U.S. Bankruptcy Court*. Failure to pay filing fees will result in additional collection proceedings. Please remit payment to:

    U.S. Bankruptcy Court
    One Church Street
    Montgomery, AL 36104

If you have questions, or require additional information, please contact the Financial Administrator at (334)954–3872.

Dated: October 9, 2014

*Juan–Carl Guerro* (signature)

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court